IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL WILLIAMS,

    Plaintiff,

v.

LOUIS GIORLA, et al.,

    Defendants.

CIVIL ACTION
NO. 11-6565

### ORDER

**AND NOW**, this 2nd day of August 2013, upon consideration of the Second Amended Complaint (Doc. No. 31); Defendant Corizon Health's Motion to Dismiss (Doc. No. 34); Defendant Aramark's Motion to Dismiss (Doc. No. 35); Plaintiff's Responses in Opposition (Doc. Nos. 36 and 39); Defendant Corizon Health's Replies (Doc. No. 42, 43, and 44); the arguments of counsel at the December 19, 2012 hearing; Defendant Aramark's Supplemental Brief in Further Support of the Motion to Dismiss (Doc. No. 47); Plaintiff's Supplemental Brief in Opposition (Doc. No. 49), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

1. Defendant Corizon Health's Motion to Dismiss (Doc. No. 34) is **GRANTED**.

2. Defendants Corizon Health, John Doe #1, and John Doe #2 are **DISMISSED** as Defendants.

3. Defendant Aramark's Motion to Dismiss (Doc. No. 35) is **GRANTED**.

4. Defendants Aramark and Gregg Peoples are also **DISMISSED** as Defendants.

                                    BY THE COURT:

                                    /s/ Joel H. Slomsky
                                    JOEL H. SLOMSKY, J.