IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>   Plaintiff,<br><br>v.<br><br>LOUIS GIORLA, et al.,<br><br>   Defendant. | CIVIL ACTION<br>NO. 11-6565 |

## ORDER

**AND NOW**, this 26th day of November 2013, upon consideration of the Second Amended Complaint (Doc. No. 31), Defendants' Motion for Judgment on the Pleadings (Doc. No. 54), the Response of Plaintiff (Doc. No. 57), arguments of counsel for the parties during a telephone conference on the Motion held on November 18, 2013, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1.   Defendants' Motion for Judgment on the pleadings is **GRANTED**.

2.   Any outstanding motions are **DENIED AS MOOT**.

3.   The Clerk of Court shall close the above-captioned case for statistical purposes.

               BY THE COURT:

               */s/ Joel Slomsky*
               JOEL H. SLOMSKY, J.